No. 88–764.   JONES v. PREUIT & MAULDIN ET AL., 489 U. S. 1002.   Motion of respondents to vacate taxing of costs denied. JUSTICE BLACKMUN would grant this motion.

No. 88–1213.   EMPLOYMENT DIVISION, DEPARTMENT OF HUMAN RESOURCES OF OREGON, ET AL. v. SMITH ET AL.   Sup. Ct. Ore.   [Certiorari granted, 489 U. S. 1077.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 88–6589.   IN RE MADDEN; and
No. 88–6827.   IN RE WALKER.   Petitions for writs of mandamus denied.

No. 88–1569.   AUSTIN, MICHIGAN SECRETARY OF STATE, ET AL. v. MICHIGAN STATE CHAMBER OF COMMERCE.   Appeal from C. A. 6th Cir.   Probable jurisdiction noted.

No. 88–1474.   UNITED STATES v. GOODYEAR TIRE & RUBBER CO. ET AL.   C. A. Fed. Cir.   Certiorari granted.

No. 88–1476.   CARDEN ET AL. v. ARKOMA ASSOCIATES.   C. A. 5th Cir.   Certiorari granted.

No. 88–1640.   MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari granted. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 88–6677.   BUTLER v. MCKELLAR, WARDEN, ET AL.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 88–234.   FLORIDA POWER & LIGHT CO. ET AL. v. UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.